IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**NOTICE RE VOICEMAILS**

    Defendant Luke Brugnara and his wife should make all motions through his attorney and stop leaving voicemails with the undersigned judge's courtroom clerk. These voicemails have been and will be turned over to the Marshal and the government as potential evidence.

Dated: February 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE