# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

Judge:          William Alsup                    Time in Court:    1 hour
                                                                   16 minutes

Date:           April 14, 2015

Case No.        14-cr-00306-WHA-1

## **United States of America**          v.          **Luke D. Brugnara**

Defendant
X  Present
☐  Not Present
X  In Custody

U.S. Attorney                                  Defense Counsel
Robin Harris; Ben Kingsley                     Pro Per; Advisory Counsel:
                                               James Stevens; Richard Tamor

Deputy Clerk:  Dawn Toland                     Reporter:  Lydia Zinn
Pretrial Officer:  Allen Lew

### *PROCEEDINGS*

REASON FOR HEARING:     Motion Hearing - HELD

RESULT OF HEARING:

The subpoena to Dawn Toland is quashed.  Defendant's ex parte communication received on
4/10/15 will be filed under seal. Defendant's emergency motions were addressed: 1) defendant
withdraws the new subpoenas for Maibaum and Long. 2) Subpoenas to Ms. Sanhaji and Harris
Taback will be issued. 3) Government will look into returning the computer and documents to
the defendant.  The cell phone is evidence.  They will request the mountain lion be preserved if it
hasn't been destroyed yet.  4) Defendant's phone time is increased and the request for money is
denied.
Defendant's Motion to Set Aside the Indictment is denied.  Defendant can have 30 minutes under
the US Marshal supervision to designate 20 pages from the book which the Government will
then photocopy.
Continued to **4/22/15 at 12:00 pm** for Pretrial Conference