MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    robin.harris2@usdoj.gov
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> LUKE D. BRUGNARA, <br>     Defendant. | CASE NO. CR 14-0306 WHA <br><br> UNITED STATES' MOTION FOR AN ORDER PROHIBITING DEFENDANT FROM SPECIFIC COMMENTS AT TRIAL <br><br> Trial Date:    April 27, 2015 <br> Pretrial Date:  April 22, 2015 <br> Court:        Hon. William Alsup |

The government has already filed motions requesting that this Court prohibit defendant from referencing his custodial status, punishment, *pro se* status, hearsay statements, prior time in custody, his views of the prosecutors or motivation for the prosecution, and other inadmissible facts. Dkt. 414 at 5–6. The government has also requested that this Court put in place various procedures to control defendant's behavior during trial, including cutting him off when he repeatedly veers into the objectionable and summarily holding him in contempt when he disobeys this Court's orders. Dkt. 411. Defendant has already confirmed, in the recorded phone call to his mother that the government provided to the Court last week, that he intends to disobey this Court's orders and the Rules of Evidence

To that end, the government supplements these motions and respectfully requests a written order explicitly forbidding defendant from addressing these and other inappropriate topics. The government requests that this order include explicit instructions that defendant cannot reference topics that the Court has or will exclude (for example, if the Court excludes evidence regarding Rose Long's arrest in Memphis). Defendant will otherwise claim that he was not so warned, or that there was a lack of clarity in this Court's rulings.

In addition, defendant has repeatedly attacked Rose Long using facts for which there is no evidentiary support—including that she is an alcoholic, drug user, and mentally ill, or that she is "all over the Internet for art fraud." The government sets out below, in bold, illustrative comments defendant has made on this subject and requests that this Court order defendant from not making any of these comments, or any similar comments, at the trial unless and until the Court specifically rules otherwise:

"The woman is a single claimant who is **a drunk and a drug addict, who was arrested for assaulting a police officer in Walgreen's."** December 16, 2014 Tr. at 45:11.

"So here's a woman that's either inebriated with **her history of drunk driving** . . . ." June 17, 2014 Tr. at 47:11–47:12.

"[T]his woman is **on medication for mental illness** . . . you're talking about someone who's **mentally disturbed** . . . ." April 14, 2015 Tr. at 31:23–32:1.

"So how can you reconcile a claim from one woman, who's **mentally ill based upon the prescribed medication** . . . ." April 14, 2015 Tr. at 32:16–32:17.

"And for **one woman who now we find out is on antipsychotic medication, who's seriously mentally disturbed** . . . **one woman who's mentally ill by her own doctor** . . . ." April 14, 2015 Tr. at 41:23–42:1.

"**The woman is nuts.** You know, **she's insane.** She came to my house reeking of alcohol. She **has DUIs. She's crazy.**" June 17, 2014 Tr. at 24:16–24:17.

". . . **some crazy woman who's all over the Internet for art fraud?**" June 17, 2014 Tr. at 45:7–45:8.

"Only **one crazy woman who's arrest on film – on film, according to Mr. Babcock, for attacking the officer and filing a false prescription – which is a felony – for narcotics."** March 26, 2015 Tr. at 32:2–32:4.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: April 20, 2015

                                                /s/
ROBIN L. HARRIS
BENJAMIN KINGSLEY
Assistant United States Attorneys