MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    robin.harris2@usdoj.gov
    benjamin.kingsley@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-00306 WHA |
| Plaintiff, | |
| v. | UNITED STATES' UPDATED PRELIMINARY WITNESS LIST |
| LUKE D. BRUGNARA, | Trial Date: April 27, 2015 |
| Defendant. | Pretrial Date: April 22, 2015 |
| | Court: Hon. William Alsup |

The United States hereby submits an updated preliminary list of witnesses it may call in the United States' case-in-chief. The United States reserves the right to modify this list as necessary.

1. Abdus-Sabur, Hajarah
2. Aoyagi, Tim
3. Aragon, Donna
4. Apostle, Christopher
5. Babcock, Erik
6. Balolong, Wayne
7. Barbato, Nick
8. Benson, Sean
9. Bertelsen, Susan

U.S. UPDATED PRELIMINARY WITNESS LIST
CR 14-00306 WHA

|  |  |  |
|---|---|---|
| 1 | 10. | Bezares, Lena Cortez |
| 2 | 11. | Bockel, Shawn Van |
| 3 | 12. | Castillo, Eddy |
| 4 | 13. | Davies, Preston |
| 5 | 14. | Desor, Jeremy |
| 6 | 15. | Dorr, Jeffrey |
| 7 | 16. | Fox, Jessica |
| 8 | 17. | Frank, Caitlyn |
| 9 | 18. | Guevara, Victor |
| 10 | 19. | Gyorgy, Suzanne |
| 11 | 20. | Hadley, Elizabeth |
| 12 | 21. | Hartshorn, Joshua |
| 13 | 22. | Hiebert, Ian |
| 14 | 23. | Hulse, Chris |
| 15 | 24. | James, Jennifer |
| 16 | 25. | Kane, Robert |
| 17 | 26. | Kolc, Mark |
| 18 | 27. | Kobzanets, Aleksandr |
| 19 | 28. | Kurzrok, Dwayne |
| 20 | 29. | LeBlanc, Brandon |
| 21 | 30. | Long, Rose |
| 22 | 31. | Maibaum, Walter |
| 23 | 32. | Pedreros, Gabriel |
| 24 | 33. | Phillips, Greg |
| 25 | 34. | Post, Clarissa |
| 26 | 35. | Purdy, Andrew |
| 27 | 36. | Pritchett, Harold |
| 28 | 37. | Raphael, Kurt |

U.S. UPDATED PRELIMINARY WITNESS LIST
CR 14-00306 WHA

| | | |
|---|---|---|
| 1 | 38. | Record, Abidja |
| 2 | 39. | Rotter, Alexander |
| 3 | 40. | Schochet, Harvey |
| 4 | 41. | Shlyapina, Natalia (by videotaped deposition) |
| 5 | 42. | Silver, Harriet |
| 6 | 43. | Skelly, Gail |
| 7 | 44. | Taback, Harris |
| 8 | 45. | Tartt, De Juan |
| 9 | 46. | Trejos, Warner |
| 10 | 47. | Tuberman, Ludmilla |
| 11 | 48. | Watson, Caren |
| 12 | 49. | Weber, Brian |
| 13 | 50. | Zhuang, Janie |
| 14 | 51. | Ziller, Mike |
| 15 | 52. | Custodian of records, AOL |
| 16 | 53. | Custodian of records, AT&T |
| 17 | 54. | Custodian of records, Bank of America |
| 18 | 55. | Custodian of records, Verizon |
| 19 | 56. | Custodian of records, Wells Fargo |
| 20 | 57. | Custodians of records, United States District Court (transcripts and filings) |
| 21 | 58. | Custodian of records, United States Bankruptcy Court (bankruptcy filings) |

Dated: April 21, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

         /s/
ROBIN L. HARRIS
BENJAMIN KINGSLEY
Assistant United States Attorneys

U.S. UPDATED PRELIMINARY WITNESS LIST
CR 14-00306 WHA